AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.

MATTHEW LEBRUN

Defendant

)
)
)
)
)
)
)

Case: 1:22-mj-00078
Assigned To : Harvey, G. Michael
Assign. Date : 4/8/2022
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:    Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    MATTHEW LEBRUN                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☑ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. §1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2)(Disorderly and Disruptive Conduct in a Restricted Building);
40 U.S.C. § 5104(e)(2)(D)(Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(F)(G); (Parade, Demonstrate, or Picketing in a Capitol Building).

Date:    04/08/2022

Digitally signed by G.
Michael Harvey
Date: 2022.04.08
15:40:33 -04'00'

*Issuing officer's signature*

City and state:    Washington, D.C.

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 04-08-2022 , and the person was arrested on *(date)* 04-13-2022 at *(city and state)* New Orleans, Louisiana . |

Date: 04-13-2022

*Arresting officer's signature*

David Butler   Special Agent
*Printed name and title*