**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,
Plaintiff

vs.   CASE NO.  1:22-mj-00078

STEVEN MILES,
Defendant
_____/

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 83.2(D) of the Local Rules of the United States District Court for the District of Columbia, the undersigned counsel, hereby moves this Court for an Order to admit RAY C. LOPEZ, ESQUIRE, to practice Pro Hac Vice to appear as counsel for Defendant STEVEN MILES, in the above-captioned action.

1. I am a member in good standing of the United States District Court for the District of Columbia.  I am local counsel sponsoring Mr. LOPEZ in his request for admission pro hac vice.

2. Mr. LOPEZ contact information is as follows: Ray C. Lopez, Ray C. Lopez, P.A., 115 South Albany Avenue, Tampa, Florida 33606, phone (813) 221-4455, e-mail, RCLopezLaw@verizon.net.

3. Mr. LOPEZ is a member good standing of the bar of the State of Florida, the United States District Court for the Middle District of Florida, the United States District Court for the Southern District of Florida, the United States Court of Appeals for the Eleventh Circuit and the United States Supreme Court and there are no pending disciplinary proceedings against him in any state of federal court.  An affidavit verifying his good standing in the above-referenced courts is attached to this motion. . .

Dated: April 18, 2022                                          Respectfully Submitted,

*/ Bjorn Brunvand*
BJORN BRUNVAND, ESQUIRE
BRUNVAND WISE, P.A.
615 Turner Street
Clearwater, Florida 33756
(727) 446-7505
E - mail: Bjorn@acquitter.com
Florida Bar No.  0831077

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 18, 2022, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the Office of the United States Attorney.

*s / Bjorn Brunvand*
BJORN BRUNVAND, ESQUIRE