UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | CASE NO. 1:22-mj-00078 |
| v. | : | |
| STEVEN MILES | : | |
| Defendant | | |

_____/

## ORDER

Upon consideration of the Motion for Ray C. Lopez, Esquire to appear Pro Hac Vice in the above captioned case, and the entire record therein, it is, this ___ day of April 2022,

ORDERED that the Motion is Granted.

_____
G. Michael Harvey
Magistrate Judge