UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | CASE NO. 1:22-mj-00078-1 |
| v. | : | |
| STEVEN MILES | : | |
| Defendant _____ / | | |

## ORDER

This Court, having considered the Motion (and amended Motion) to Admit Pro Hac Vice Ray C. Lopez as Counsel for Defendant (ECF No. 7 & 10) as well as good cause having been shown, it is

ORDERED that the Motions for Pro Hac Vice Admission is GRANTED; and it is

FURTHER ORDERED that Ray C. Lopez shall be permitted to appear and be heard on behalf of the Defendant in the above-captioned matter without the presence of local counsel. Furthermore, Ray C. Lopez is permitted to execute all pleadings in this case without the necessity of Attorney Bjorn Brunvand being required to also execute all pleadings in this case.

_____
The Honorable G. Michael Harvey
United States Magistrate Judge