UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>versus<br><br>MATTHEW LEBRUN | CRIMINAL ACTION<br><br>CASE NO. 1:22-cr-136 |

MOTION FOR ADMISSION *PRO HAC VICE*
OF ATTORNEY SCOTT C. STANSBURY

Pursuant to Criminal Local Rule 44.1(d) of the United States District Court for the District of Columbia, the undersigned counsel hereby respectfully moves this Honorable Court for an Order for *pro hac vice* admission and appearance of attorney Scott C. Stansbury in the above-captioned matter, and in support thereof states as follows:

1.

I, Richard W. Westling, am a member in good standing of the United States District Court for the District of Columbia. I am sponsoring Scott C. Stansbury in his request for admission *pro hac vice*.

2.

Scott C. Stansbury is a lawyer of the law firm of Law Office of David I. Courcelle, LLC. Mr. Stansbury's office is located at 3500 N. Causeway Boulevard, Suite 185, Metairie, Louisiana 70002, and his telephone number is (504) 828-1315.

3.

Mr. Stansbury is a member in good standing of the Bar of the State of Louisiana. Mr. Stansbury has not been denied admission, nor has he been disciplined by any Court. Mr. Stansbury does not have an office located within the District of Columbia.

4.

Defendant, Matthew Lebrun, has retained the Law Office of David I. Courcelle, LLC, and requested that David I. Courcelle and Scott C. Stansbury represent him in this matter.

5.

Mr. Stansbury has not been admitted *pro hac vice* in this Court in any previous matter.

6.

In further support, a "Declaration of Scott C. Stansbury" is attached hereto as Exhibit "A," and a "Certificate of Good Standing" is attached hereto as Exhibit "B."

7.

Defendant respectfully requests that this Motion be granted so that Mr. Stansbury may attend and participate in all matters on behalf of Defendant and otherwise engage in all proceedings in connection with this matter.

Respectfully submitted,

*/s/ Richard W. Westling*
RICHARD W. WESTLING (DC Bar No. 990496)
Epstein, Becker, and Green, P.C.
1227 25th Street NW
Washington, DC 20037
Phone: (202) 861-1868
Fax: (202) 296-2882
*Sponsoring Attorney*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2022, I electronically filed the foregoing with the Clerk of Court by using Cm/ECF system, which will send a notice of electronic filing to all parties.

*/s/ Richard W. Westling*