UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>versus<br><br>MATTHEW LEBRUN | CRIMINAL ACTION<br><br>CASE NO. 1:22-cr-136 |

## DECLARATION OF SCOTT C. STANSBURY

I, Scott C. Stansbury, hereby declare that:

(1) I am a lawyer at the law firm of Law Office of David I. Courcelle, LLC. My office is located at 3500 N. Causeway Boulevard, Suite 185, Metairie, Louisiana 70002, and my telephone number is (504) 828-1315.

(2) I am a member in good standing of the Bar of the State of Louisiana since October 25, 2012. I have also been admitted to the U.S. District Court for the Eastern District of Louisiana.

(3) I have not been denied admission nor disciplined by any Court.

(4) Defendant, Matthew Lebrun, has retained the Law Office of David I. Courcelle, LLC, and requested that David I. Courcelle and Scott C. Stansbury represent him in this matter.

(5) I have not been admitted *pro hac vice* in this Court.

(6) I do not have an office located within the District of Columbia.



1

I declare under penalty of perjury that the foregoing is true and correct. Executed in Metairie, Louisiana, this 29th day of April, 2022.

_____
SCOTT C. STANSBURY

SWORN TO AND SUBSCRIBED,
BEFORE ME, THIS 29th DAY OF
____April____, 2022.

_____
NOTARY PUBLIC

BERNARD A DUPUY
Notary Public
State of Louisiana
St. Charles Parish
Notary ID # 152520
My Commission is for Life

2