# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that _____

Mr. Scott C Stansbury

whose address is   3500 N Causeway Blvd Ste 185

Metairie, LA 70002

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the ____25th____ day of ____October____, __2012__.

Given over my hand and the Seal of the Louisiana State Bar Association, this ____18th____ day of ____April____, __2022__.

*Executive Director*
*Louisiana State Bar Association*

**EXHIBIT "B"**