UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| versus | CASE NO. 1:22-cr-136 |
| MATTHEW LEBRUN | |

### DECLARATION OF DAVID I. COURCELLE

I, David I. Courcelle, hereby declare that:

(1) I am the owner and partner of the law firm of Law Office of David I. Courcelle, LLC. My office is located at 3500 N. Causeway Boulevard, Suite 185, Metairie, Louisiana 70002, and my telephone number is (504) 828-1315.

(2) I am a member in good standing of the Bar of the State of Louisiana since October 6, 1995. I have also been admitted to the U.S. District Court for the Eastern District of Louisiana.

(3) I have not been denied admission nor disciplined by any Court.

(4) Defendant, Matthew Lebrun, has retained the Law Office of David I. Courcelle, LLC, and requested that David I. Courcelle and Scott C. Stansbury represent him in this matter.

(5) I have not been admitted *pro hac vice* in this Court.

(6) I do not have an office located within the District of Columbia.



EXHIBIT "A"

1

I declare under penalty of perjury that the foregoing is true and correct. Executed in Metairie, Louisiana, this 29th day of April, 2022.

_____
DAVID I. COURCELLE

SWORN TO AND SUBSCRIBED,
BEFORE ME, THIS 29th DAY OF
___April___, 2022.

_____
NOTARY PUBLIC
BERNARD A DUPUY
Notary Public
State of Louisiana
St. Charles Parish
Notary ID # 152520
My Commission is for Life

2