# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that

Mr. David Ichiro Courcelle

whose address is  3500 N Causeway Blvd Ste 185

Metairie, LA 70002-3533

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the 6th day of October, 1995.

Given over my hand and the Seal of the Louisiana State Bar Association, this 18th day of April, 2022.

*Executive Director*
*Louisiana State Bar Association*

**EXHIBIT "B"**