UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| versus | CASE NO. 1:22-cr-136 |
| MATTHEW LEBRUN | |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*
OF ATTORNEY DAVID I. COURCELLE**

Considering the foregoing *Motion for Admission Pro Hac Vice of Attorney David I. Courcelle*;

**IT IS ORDERED** that the *Motion for Admission Pro Hac Vice of Attorney David I. Courcelle* be and is hereby GRANTED;

**IT IS FURTHER ORDERED** that attorney David I. Courcelle be admitted *pro hac vice* for the purpose of appearing and representing defendant, Matthew Lebrun, without the presence of local counsel.  Furthermore, David I. Courcelle is permitted to execute all pleadings in this case without the necessity of local counsel being required to also execute all pleadings in this case.

This _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE