NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.  Criminal Number  1:22-cr-136

**MATTHEW LEBRUN**
(Defendant)

TO:  ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA     ☒ RETAINED     ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

**PLEASE PRINT THE FOLLOWING INFORMATION:**

**Scott C. Stansbury (La. Bar #34777)**
*(Attorney & Bar ID Number)*

Law Office of David I. Courcelle, LLC
*(Firm Name)*

**3500 N. Causeway Blvd., Ste 185**
*(Street Address)*

**Metairie, Louisiana 70002**
*(City)        (State)        (Zip)*

**(504) 828-1315**
*(Telephone Number)*