NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                     Criminal Number  **1:22-cr-136**

**MATTHEW LEBRUN**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA            ☒ RETAINED            ☐ FEDERAL PUBLIC DEFENDER

*(Signature)*

PLEASE PRINT THE FOLLOWING INFORMATION:

**David I. Courcelle (La. Bar #23696)**
*(Attorney & Bar ID Number)*

Law Office of David I. Courcelle, LLC
*(Firm Name)*

**3500 N. Causeway Blvd., Ste 185**
*(Street Address)*

**Metairie, Louisiana 70002**
*(City)   (State)   (Zip)*

**(504) 828-1315**
*(Telephone Number)*