# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:22-cr-136 (JMC) |
| v. : | |
| : | |
| STEVEN MILES and : | |
| MATTHEW LEBRUN : | |
| : | |
| **Defendants.** : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for both defendants have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that the defendants do not oppose this motion or the entry of the attached proposed protective order.

Date: May 6, 2022

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:

/s/ *Michael M. Gordon*
MICHAEL M. GORDON
Assistant United States Attorney – Detailee
FL Bar No. 1026025
United States Attorney's Office for the MDFL
400 N. Tampa St., Suite 3200
Tampa, FL 33602
Michael.Gordon3@usdoj.gov
(813) 274-6370