UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 22-CR-136 (JMC)** |
| | : | |
| **STEVEN CHARLES MILES** | : | |
| **MATTHEW LEBRUN,** | : | |
| | : | |
| **Defendants.** | : | |

**UNITED STATES' UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America hereby moves this Court for a 14-day continuance of the status conference scheduled for January 19, 2023, and further to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*. In support of its motion, the government states that both government counsel are currently engaged in separate trials with other judges and unavailable to appear. AUSA Nadia Moore is conducting *United States v. Ethan Nordean, et al.*, 1:21-cr-175 (TJK), and AUSA Mike Gordon is conducting *United States v. Richard Barnett*, 1:21-cr-38 (CRC). The *Nordean* trial is expected to last several more weeks; meanwhile, when the *Barnett* trial concludes, AUSA Gordon will immediately begin trial in *United States v. Kirstyn Niemela*, 1:21-cr-623 (CRC). Accordingly, government counsel will not be available until January 30, 2023, or any date after.

Moreover, plea negotiations are progressing with defendant LeBrun and it appears likely that his case will resolve without a trial. The government requests that the Court find that the ends of justice served by continuing the status conference for two weeks—or to any date afterwards that is convenient for the Court—outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

WHEREFORE, the government respectfully requests that this Court grant the motion for a 14-day continuance of the above-captioned proceeding, and that the Court exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

    Respectfully submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY
    D.C. Bar No. 481052

    */s/ Michael M. Gordon*
    Michael M. Gordon
    Assistant United States Attorney, Detailee
    601 D Street, N.W.
    Washington, D.C. 20530
    Telephone No. 813-274-6370
    michael.gordon3@usdoj.gov