UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>versus<br><br>MATTHEW LEBRUN | CRIMINAL ACTION<br><br>CASE NO. 1:22-cr-136-JMC |

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE HEARING

NOW INTO COURT, comes defendant, Matthew Lebrun, through undersigned counsel, who respectfully requests that this Honorable Court continue the "Change of Plea" hearing currently scheduled for April 14, 2023 at 10:00 a.m. via "Zoom" for approximately 30 days, for the following reasons:

1.

The Government needs additional time to finalize and send proposed plea documents to the Defense, and the Defense needs additional time allowed by a continuance to review same.

2.

Assistant United States Attorney Michael Gordon has been contacted and has no objection to the Defendant's request to continue the hearing for approximately 30 days.

3.

Accordingly, defendant, Matthew Lebrun, respectfully requests that his "Change of Plea" hearing currently scheduled for April 14, 2023 at 10:00 a.m. via "Zoom" be continued for approximately 30 days.

WHEREFORE, defendant, Matthew Lebrun, respectfully prays that the *Unopposed Motion to Continue Hearing* be granted.

        Respectfully submitted,

        LAW OFFICE OF DAVID I. COURCELLE, LLC
        3500 N. Causeway Blvd., Suite 185
        Metairie, Louisiana  70002
        Telephone:  (504) 828-1315
        Telecopier:  (504) 828-1379

        By: */s/ Scott C. Stansbury*
           DAVID I. COURCELLE (La. Bar No. 23696)
           SCOTT C. STANSBURY (La. Bar No. 34777)
           dcourcelle@courcellelaw.com
           sstansbury@courcellelaw.com
           *Attorneys for defendant, Matthew Lebrun*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| versus | CASE NO. 1:22-cr-136 |
| MATTHEW LEBRUN | |

### CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2023 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties who have registered to receive electronic notification including but not limited to:

Michael M. Gordon, AUSA
DOJ, U. S. Attorney's Office,
400 North Tampa Street, Suite 3200
Tampa, FL 33602

/s/ Scott C. Stansbury
SCOTT C. STANSBURY
Louisiana Bar No. 34777
Attorney for defendant, Matthew Lebrun
LAW OFFICE OF DAVID I. COURCELLE, LLC
3500 N. Causeway Blvd., Suite 185
Metairie, Louisiana 70002
Telephone: (504) 828-1315
Telecopier: (504) 828-1379
sstansbury@courcellelaw.com