UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>versus<br><br>MATTHEW LEBRUN | CRIMINAL ACTION<br><br>CASE NO. 1:22-cr-136 |

## ORDER

Considering the foregoing *Defendant's Unopposed Motion to Continue Hearing*;

**IT IS ORDERED** that *Defendant's Unopposed Motion to Continue Hearing* is hereby GRANTED;

**IT IS FURTHER ORDERED** that defendant Matthew Lebrun's "Change of Plea" hearing currently scheduled for April 14, 2023 at 10:00 a.m. via "Zoom" be and is hereby continued and reset to the _____ day of _____, 2023 at 10:00 a.m. via "Zoom."

Washington D.C., this _____ day of _____, 2023.

_____
HONORABLE JIA M. COBB
UNITED STATES DISTRICT JUDGE