UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-CR-136 (JMC) |
| | : | |
| STEVEN MILES et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule of Criminal Procedure 44.5(e), please notice the withdrawal of Nadia E. Moore as counsel for the United States in the above-captioned matter.

                                              Respectfully submitted,

                                              MATTHEW M. GRAVES
                                              United States Attorney
                                              DC Bar No. 481052

By:    */s/ Nadia E. Moore*
           Nadia E. Moore, N.Y. Bar No. 4826566
             On Detail to the District of Columbia
           Assistant United States Attorney
           271 Cadman Plaza East
           Brooklyn, New York 11201
           (718) 254-6362
           Nadia.Moore@usdoj.gov