UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
Plaintiff

vs.                                         CASE NO.  1:22-cr-00136-JMC

STEVEN MILES,
Defendant
_____/

### UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING

COMES NOW the Defendant, STEVEN MILES, by and through his undersigned counsel and requests that this Honorable Court continue the Change of Plea hearing currently scheduled for September 29, 2023 in person and in support would show the following:

1. The defense requested a plea agreement from the Government in June, 2023.  The Government just recently sent a proposed plea agreement to the defense on September 18, 2023. The undersigned counsel reviewed it with the Defendant on September 21, 2023. The Defendant has taken the proposed plea agreement under advisement but needs an additional amount of time to make a final decision given that the proposed agreement was sent so close to the currently scheduled hearing date.

2. The Defendant is requesting a very brief continuance (2-4 weeks) in order to come to a decision on the proposed plea agreement..

3. The Defendant waives speedy trial.

4. The defense requests that the Change of Plea hearing be continued to a future date.

5. Assistant United States Attorney Michael Gordon has been contacted and has no objection to this request as long as the continuance is very brief.

6. This motion is filed in good faith and not for any dilatory purpose.

WHEREFORE the Defendant requests that this case continue the hearing scheduled for September 29, 2023.

*s / Ray C. Lopez*
RAY C. LOPEZ, ESQUIRE
RAY C. LOPEZ, P.A.
115 South Albany Avenue
Tampa, Florida 33606
(813) 221-4455
Fax: (813) 251-1517
E-mail:
RCLopezlaw@verizon.net
Florida Bar No.  870330
Attorney for the Defendant,
Steven Miles

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the Office of the United States Attorney, on this 25th day of September, 2023.

*s / Ray C. Lopez*
RAT C, LOPEZ, ESQUIRE
