CO-526
(12/86)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                                          CASE NO. 22-CR-136-(2) (JMC)

MATTHEW LEBRUN

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the

Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
Assistant United States Attorney

Approved:

_____
District Court Judge Jia M. Cobb

Date: 10/19/23